MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Credit Protection Association, LP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE MARTIN,<br><br>      Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, LP,<br><br>      Defendant. | Case No. 2:17-cv-00012-KJD-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

COMES NOW, Defendant Credit Protection Association, LP ("CPA"), and Plaintiff, Nicole Martin ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to March 31, 2017, for CPA to answer or otherwise plead in response to Plaintiff's Complaint.

This is CPA's first request for an extension, which it requested from Plaintiff in order to allow CPA additional time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to CPA's request for an extension.

No additional requests for extensions are contemplated.

23501043v1 2448

1 | **IT IS SO STIPULATED**.

2 | DATED this 9th day of March, 2017.

| | |
|---|---|
| THE LAW OFFICES OF ROBERT M. TZALL | HINSHAW & CULBERTSON LLP |
| /s/ Robert N. Tzall (*with permission*) | /s/ Michael R. Ayers |
| Robert M. Tzall, Esq.<br>Nevada Bar No. 13412<br>7735 Commercial Way, Suite 100<br>Henderson, NV 89011<br>Telephone: 702-666-0233<br>Primary: robert@tzalllegal.com<br>*Attorneys for Plaintiff* | Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Facsimile: 602-631-4404<br>Primary: mayers@hinshawlaw.com<br>*Attorneys for Defendant Credit Protection Association, LP* |
| | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| | /s/ Gina M. Mushmeche |
| | Gina M. Mushmeche, Esq.<br>Nevada Bar No. 10411<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tel: 702-362-6666<br>gmushmeche@ksjattorneys.com<br>*Attorneys for Defendant Credit Protection Association, LP* |

**ORDER**

IT IS SO ORDERED:

Dated: March 9, 2017

_____
UNITED STATES MAGISTRATE JUDGE

23501043v1 2448