**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICOLE MARTIN,

    Plaintiff(s),

v.

CREDIT PROTECTION ASSOCIATION LP,

    Defendant(s).

Case No. 2:17-cv-00012-KJD-NJK

**ORDER**

On March 31, 2017, the parties filed a notice of settlement. Docket No. 8. No later than July 6, 2017, the parties shall file dismissal papers or a joint status report.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE